OPINION — AG — ** RECREATIONAL VEHICLES ** IF A RECREATIONAL VEHICLE MEETS THE STATUTORY DEFINITION OF " TRUCK " AND THE RECREATIONAL HOUSE TRIALER IS SO DESIGNED THAT IT COMES WITHIN THE STATUTORY MEANING OF " SEMI TRAILER " (SEMITRAILER) THEN SUCH A COMBINATION MAY TOW ONE COMPLETE " TRAILER " OR " SEMI TRAILER " AS CONTAINED IN 47 O.S. 14-103 [47-14-103](D) (MOBILE HOME, MANUFACTURER HOUSING, TRUCK, MOTOR VEHICLE, CAR, MOTOR CARRIER) CITE: 47 O.S. 1-101 [47-1-101] 47 O.S. 1-186 [47-1-186], 47 O.S. 1-162 [47-1-162] (DONALD B. NEVARD)